## Office of Chief Medical Examiner
## Toxicology Laboratory

ME Case #: 1400006
TOX Case #: 14-0061
1/6/14

### REQUEST FOR ANALYSIS

| NAME | BIRTHDATE | AGE | SEX | RACE | WEIGHT |
|---|---|---|---|---|---|
| SHANE BRIDGES | 1980 | 33 | M | WHITE | |

### SUMMARY OF INDICATIONS FOR TOXICOLOGICAL EXAMINATION

**ANTEMORTEM SIGNS AND SYMPTOMS AND TOXICOLOGICAL INDICATION**

THE DECEDENT IS A 33 YEAR OLD WHITE MALE INVOLVED IN A POLICE SHOOTING.

POLICE WERE CONTACTED BY A THIRD PARTY FOR A SUICIDAL SUBJECT AND MAYES COUNTY SHERIFFS RESPONDED TO THE SCENE. ONCE THE SHERIFFS OFFICE RESPONDED, THE DECEDENT EXITED HIS RESIDENCE AND BEGAN FIRING A .357 REVOLVER AT THE DEPUTY. THE DEPUTY RETURNED FIRE, STRIKING THE DECEDENT. MESTA EMS WAS CONTACTED AND THE DECEDENT WAS FOUND TO BE DECEASED UPON THEIR ARRIVAL. HE WAS PRONOUNCED AT 01:50 ON 01/01/2014.

OSBI WAS CONTACTED TO INVESTIGATE DUE TO POLICE INVOLVEMENT. TAMMY WITH OSBI NOTED ONE DEFECT UNDER THE DECEDENT'S RIGHT AXILLA. THE DEPUTY SHOT THE DECEDENT WITH A .45 GLOCK WHICH HAD BEEN FULLY LOADED WITH 12 ROUNDS AND ONE IN THE CHAMBER FOR A TOTAL OF 13 ROUNDS. OSBI LOCATED 13 SPENT SHELL CASINGS ON SCENE. MAYES COUNTY INFORMED OSBI THAT THE DECEDENT HAD MADE SUICIDAL THREATS IN THE PAST AND THEY HAD RESPONDED TO THE RESIDENCE MULTIPLE TIMES. THERE WAS NO NOTE FOUND. TAMMY WITH OSBI DOES NOT WANT TO FINGERPRINT THE DECEDENT AND ONLY WANTS THE PROJECTILE(S) AND CLOTHING COLLECTED. GSR COLLECTION WAS PERFORMED ON SCENE BY OSBI. HIS HANDS WERE BAGGED BY OSBI. RAY FRANCISCO WAS CONTACTED AT 10:22 TO TRANSPORT THE DECEDENT TO OUR OFFICE.

NOK: JANELLE BRIDGES (WIFE)

FUNERAL HOME: POSSIBLE KEYS FH IN CHOUTEAU

**DRUG(s) TREATMENT AND/OR CHEMICAL(s) EXPOSURE:**
UNKNOWN

**POSTMORTEM FINDINGS:**

### TOXICOLOGIC ANALYSIS DESIRED

- COMPLETE TOX ✔
- CARBON MONOXIDE ☐
- SUDI SCREENS ☐
- HEP/HIV ☐
- IMMUNOASSAY SCREEN ☐
- VOLATILES ☐
- ETHYL ALCOHOL ✔
- OTHER (specify analyte): ☐
- NO GROSS ANATOMICAL CAUSE OF DEATH ☐

### SPECIMENS SUBMITTED FOR ANALYSIS

BLOOD: Heart ✔  Femoral ✔  Subclavian ☐  Cavity ✔

- VITREOUS ✔
- URINE ✔
- LIVER ✔
- KIDNEY ☐
- BRAIN ✔
- GASTRIC ✔
- PHYSICAL EVIDENCE ✔
- HOSPITAL SPECIMENS ☐
- DNA CARD ✔
- OTHER ☐
- RED TOP CAVITY ✔
- HOLD BLOOD CAVITY ☐
- PE = PILLS FROM STOMACH

HOLD STATUS (check one):
- 30 Days ☐
- 1 year ☐
- 5 years ✔ (submit hold specimens)

MEDICAL EXAMINER: ANDREA L. WIENS D.O.   PATHOLOGIST ASSISTANT: SC   DATE: 1/2/2014
COUNTY: MAYES   INVESTIGATING AGENCY: OSBI   INVESTIGATOR: LIZ COLDWELL

Page 1 of 1

Form ver: 13.0002

002485

**EXHIBIT 5**