IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) JANELLE BRIDGES,                )
individually and as the surviving   )
spouse of SHANE ALLEN BRIDGES,      )
deceased, and as the Mother and     )
Next Friend of,                     )
(2) A.B., a minor child,            )
(3) B.B., a minor child,            )
(4) S.B., a minor child,            )
(5) A.C., a minor child,            )
(6) J.S., a minor child,            )
(7) J.H., a minor child,            )
                                    )
    Plaintiffs,                   )
                                    )
-vs-                                ) No. 15-CV-126-GKF-PJC
                                    )
(1) KYLE WILSON, in his             )
individual and official capacity,   )
(2) MIKE REED, in his individual    )
and official capacity,              )
(3) MAYES COUNTY,                   )
                                    )
    Defendants.                   )



\* \* \* \* \*
DEPOSITION OF REX DALE COWAN
TAKEN ON BEHALF OF THE DEFENDANTS
AT THE MAYES COUNTY COURTHOUSE
PRYOR, OKLAHOMA
ON JULY 28, 2016
COMMENCING AT 3:51 P.M.
\* \* \* \* \*

REPORTED BY: BETH A. MCGINLEY, CSR, RPR

instaScript
101 Park Avenue, Suite 910
Oklahoma City, OK 73102
Phone: 405-605-6880  Fax: 405-605-6881

EXHIBIT 7

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3
     (1) JANELLE BRIDGES,                    )
 4   individually and as the surviving)
     spouse of SHANE ALLEN BRIDGES,     )
 5   deceased, and as the Mother and    )
     Next Friend of,                    )
 6   (2) A.B., a minor child,           )
     (3) B.B., a minor child,           )
 7   (4) S.B., a minor child,           )
     (5) A.C., a minor child,           )
 8   (6) J.S., a minor child,           )
     (7) J.H., a minor child,           )
 9                                      )
          Plaintiffs,                   )
10                                      )
     -vs-                               )  No. 15-CV-126-GKF-PJC
11                                      )
     (1) KYLE WILSON, in his            )
12   individual and official capacity,)
     (2) MIKE REED, in his individual )
13   and official capacity,             )
     (3) MAYES COUNTY,                  )
14                                      )
          Defendants.                   )
15

16                         * * * * *
17           DEPOSITION OF REX DALE COWAN
             TAKEN ON BEHALF OF THE DEFENDANTS
18           AT THE MAYES COUNTY COURTHOUSE
                     PRYOR, OKLAHOMA
19                   ON JULY 28, 2016
              COMMENCING AT 3:51 P.M.
20                         * * * * *

21

22                 instaScript, L.L.C.
              101 Park Avenue, Suite 910
23            Oklahoma City, Oklahoma  73102
                      405.605.6880
24              schedule@instascript.net

25   REPORTED BY:  BETH A. McGINLEY, CSR, RPR
```

```
 1                    REX DALE COWAN,
 2   having been duly sworn, testified as follows:
 3                    *  *  *  *  *  *
 4                    EXAMINATION
 5   BY MR. GEE:
 6        Q    State your full name for the record, please.
 7        A    Rex Dale Cowan.
 8        Q    Okay.  And what's your address, Mr. Cowan?
 9        A    [REDACTED]
10        Q    And --
11        A    Chelsea, Oklahoma.
12        Q    And what's the Chelsea zip code?
13        A    74016.
14        Q    And what's a good telephone number for you?
15        A    (918) [REDACTED]
16        Q    And have you ever been deposed before?  Have you
17   ever given a deposition?
18        A    Yes.
19        Q    Okay.
20        A    Yes.
21        Q    What matter was that in?
22        A    That was in a workman's comp case.
23        Q    Was it one that you filed or one that someone
24   had filed and --
25        A    I filed.
```

Rex Dale Cowan
7/28/2016
Page 12

```
1       Q     All right.
2       A     Uh-huh.
3       Q     And through Diamond Head or before Diamond Head,
4    have you received any kind of medical training?
5       A     Not before, no.
6       Q     Okay.
7       A     Through Diamond Head, yes.
8       Q     Through Diamond Head --
9       A     Uh-huh.
10      Q     -- what kind of training did you receive?
11      A     Just EMR, emergency medical responder training.
12      Q     So, I mean, first aid, CPR --
13      A     Yes.
14      Q     -- and a little higher, even, than that?
15      A     Yeah.
16      Q     Okay.  And -- but, I mean, you don't have, like,
17   a college degree in it or anything?
18      A     Oh, no.
19      Q     Okay.  How about any kind of law enforcement
20   training?
21      A     No.
22      Q     Crime scene reconstruction training, anything
23   like that?
24      A     No.
25      Q     Okay.  Any kind of ballistics training?
```

```
 1    A    No.
 2    Q    Okay.  Before January 1st, 2015, did you know
 3   Shane and Janelle Bridges?
 4    A    Yes.
 5    Q    Okay.  How did you know them?
 6    A    Just as a neighbor.
 7    Q    Okay.  How many times had you had contact with
 8   them?
 9    A    Very little.
10    Q    Okay.  Do -- do you remember the night of the
11   incident involving Shane Bridges?
12    A    Yes.
13    Q    Do you remember what date that was?
14    A    I believe it was January 1 of 2014.
15    Q    Okay.  And can you walk me -- let me back up.
16         How many times did you say you had made contact
17   with Shane or Janelle?
18    A    Very few.
19    Q    Okay.
20    A    Yeah.
21    Q    In the -- the times that you had made contact
22   with them, respective -- were they respectful?
23    A    Oh, yeah.
24    Q    Everything went well?
25    A    Yeah --
```

```
 1      A     Yes.
 2      Q     More than 15?
 3      A     There was a bunch.
 4      Q     Okay.
 5      A     Yeah.
 6      Q     Would you estimate around 15?
 7      A     Probably, yes.
 8      Q     Okay.
 9      A     I mean, I don't know.  I -- I couldn't count
10   them.  I -- I can't count them.
11      Q     I understand.
12      A     Yeah.
13      Q     As far as the succession of those rounds, do you
14   recall, kind of, the order in which they went?
15      A     Just start to finish.
16      Q     Okay.
17      A     Boom, boom, boom, boom, boom, boom, boom.
18      Q     Could you tell what kind of gun was being shot?
19      A     No.
20      Q     Could you tell whether there was multiple guns
21   being shot?
22      A     No.
23      Q     You just couldn't tell, one way or the other?
24      A     Just sounded like someone started shooting and,
25   you know, boom.
```

```
 1   were 15?
 2       A    Yeah.
 3       Q    Had you shot, in some manner, every month since
 4   then or --
 5       A    No.  No, probably a couple times a year.
 6       Q    Couple times a year?
 7       A    Uh-huh.
 8       Q    Okay.  Out on your property, there appears to be
 9   plenty of room to shoot out there.  Do you --
10       A    Yes.
11       Q    Do you shoot out there now?
12       A    Yes.
13       Q    Okay.  I assume you own a semiautomatic?
14   Pistol?  Do --
15       A    Handgun.
16       Q    -- you own a semiau- --
17       A    Yes.
18       Q    A semiautomatic pistol?
19       A    Uh-huh.
20       Q    Okay.  And have you ever unloaded a clip, from a
21   semiautomatic, as fast as you could?
22       A    Yes.
23       Q    Okay.  Now, let me ask you this:  The shots you
24   heard at around 1:30 the night in question, did that sound
25   like a semiautomatic being unloaded?
```

```
 1     A    Yes.
 2     Q    Did all the shots sound like it came from the
 3   same gun?
 4          MR. GEE:  Object to the form.
 5     Q    (By Mr. Norwood) You can go ahead and answer.
 6          MR. GEE:  Yeah.
 7     A    Yes.
 8     Q    (By Mr. Norwood) Okay.  I now want to take you
 9   to the scene.  You're at the scene, you've gone in, you've
10   checked Shane, and you turned the scene over to the
11   ambulance.  You're standing outside, and it sounds like
12   you were standing out there for a couple hours observing
13   the scene?
14     A    Yes.
15     Q    Now, I want to show you -- it's been marked as
16   Defendants' Exhibit 7.  The second picture in the group
17   there -- it's two pictures.  The second group in the
18   picture there.  And I want to direct your attention to the
19   circle, which would be the house Shane and Janelle was
20   living in?
21     A    Yes.
22     Q    You know, that's not a close-up picture, I don't
23   think.
24          You come up the driveway, the long driveway, and
25   then am I correct that there's a little driveway, jutting
```

Rex Dale Cowan
7/28/2016
Page 80

```
 1   testimony?
 2       A    Yes.
 3       Q    Okay.  And then, earlier, you -- and it's my
 4   understanding you've testified that you can't tell what
 5   kind of guns, or gun, the shots came out of, right?
 6       A    Correct.
 7       Q    And so you don't have any idea as to whether it
 8   was one gun, two guns, three guns or four guns?
 9       A    No.
10       Q    Is that fair?
11       A    Yes.
12       Q    Let me ask that again.  Do you know how many
13   guns were shot that night at 1:30?
14       A    No.
15       Q    Okay.  And, earlier, I think you responded that
16   you thought that they might have been all shot from the
17   same gun?
18       A    (Moved head up and down).
19       Q    And is it just as true that they could have been
20   shot from two guns?
21       A    Rephrase.
22       Q    Okay.  Do you have any idea -- any idea -- the
23   shots that you heard around 1:30, on the morning of
24   January 1st, 2014, how many guns were being shot at that
25   time?
```

Rex Dale Cowan
7/28/2016
Page 81

```
 1      A     One.
 2      Q     How do you know that?
 3      A     It just sounded that way.
 4      Q     Okay.  And do you have any specialized training
 5   in recognizing --
 6      A     No.
 7      Q     And let me go ahead and finish.
 8            Do you have any special training in recognizing
 9   gunshots?
10      A     No.
11      Q     Or the direction in which they're fired?
12      A     No.
13      Q     Or being able to identify what guns are being
14   fired?
15      A     No.
16      Q     So, just based on your experience, you think
17   that there was probably one -- one gun being shot?
18      A     Yes.
19      Q     But if someone were to say that there were two
20   guns being shot, would you dispute that?
21            MR. NORWOOD:  Objection.
22      A     Yes.
23      Q     (By Mr. Gee) Why would you dispute that?
24      A     There is a gun range behind my house.  Not on my
25   property, but there's a gun range behind my house.  They
```

```
 1   testifying, right?
 2       A   Yes.
 3       Q   And -- but what I'm saying is, is could it have
 4   been two guns?
 5           MR. NORWOOD:  Objection.
 6       A   I don't know.
 7       Q   (By Mr. Gee) Did you see any kind of muzzle
 8   flash or anything like that?
 9       A   No.
10       Q   Okay.  So, in regards to whether it was one gun
11   or two guns, it's -- you're solely going off the sound?
12           MR. NORWOOD:  Objection.
13       A   Yes.
14           MR. GEE:  What was wrong with that question?
15           MR. SICKING:  Asked and answered.
16           MR. NORWOOD:  It's been asked -- it has been
17   asked and answered, like, three times.
18           MR. GEE:  Okay.
19           MR. NORWOOD:  But all those objections are
20   irrelevant because we're not -- we're reserving those
21   right now.  I just had a problem with the form of it.
22           MR. GEE:  Okay.  Well, that's what I'm asking.
23   I'm asking for the issue of the form.
24           MR. NORWOOD:  Yeah.
25           MR. GEE:  And so you're saying it's -- it's just
```