OSBI Investigates Sheriff's Deputy-Involved Fatal Shooting - News9.com - Oklahoma Ci...   Page 1 of 2



## OSBI Investigates Sheriff's Deputy-Involved Fatal Shooting Near Chelsea

Posted: Jan 01, 2014 10:27 AM CST
Updated: Jan 02, 2014 7:40 AM CST

*Russell Hulstine, NewsOn6.com - email*

*Tony Russell, News On 6 - bio | email*

CHELSEA, Oklahoma - Oklahoma State Bureau of Investigation is investigating after a Mayes County Sheriff's deputy shot and killed a 33-year-old man outside a rural home early Wednesday.

Mayes County Sheriff Mike Reed says the deputy was dispatched to a home in the 13,000 block of South 425 Road just outside Chelsea after getting a 911 call about suicidal subject with a gun just before 1:30 a.m.

OSBI Investigators combed through the home, trying to find out what happened early New Year's Day.

Reed says as the deputy was getting out of his car, Shane Bridges came running out the front door of the home firing a gun at the deputy.

Sheriff Mike Reed feels the deputy didn't do anything wrong and was forced to defend himself.

"We support the deputy 100 percent in this," Sheriff Reed said.

"Of course he did exactly what he was supposed to do. He was put in a bad situation. He had to return fire to protect his life."

Reed said the deputy returned fire killing Bridges.

"He's just a good kid, just had a hard life start," said Russell Hanks, a family friend. "I have no idea what happened, but I think it could have been different."

Hanks said he had known Shane Bridges for years and was renting the home from him.

"He'd work on things, fix things, do what he could do. He need something I'd go get it for him," said Hanks.

Shane Bridges leaves behind a wife and children.

"I told him you can stay as long as you want to stay," Russell Hanks said.

"I said it's your house to live in, but I'm going to miss him."

Sheriff Reed believes the suicide call was premeditated.

"To me that is something this person has thought through to some degree. It's sad, sad for both sides. It's a bad deal," Sheriff Reed said. "I'm not going to try to second-guess, that goes back to training."

Bridges RPD 110

EXHIBIT 8

Reed says the deputy, who was not injured, was placed on paid administrative leave pending the outcome of the investigation.

In a release sent out late Tuesday, the Oklahoma Bureau of Investigation said they will compile a report on the shooting for the district attorney who will determine if the shooting was justified.

News9.com allows its users to express opinions on stories, but reserves the right to remove comments for any reason. Comments do not reflect the views of News 9 or its employees. A Facebook account is required to participate -- if you do not currently have an account, sign up here.

**worldnow**

**News 9**
7401 N. Kelley Ave.
Oklahoma City, OK
73111

OKLAHOMA CITY'S OWN™

Oklahoma's Own News9.com is proud to provide Oklahomans with timely and relevant news and information, sharing the stories, pictures and loves of Oklahomans across our great state including Oklahoma City's Own.

**NEWS**
9 Investigates
Business
Crime
Education
Special Coverage
Health
Politics
Links
Consumer Watch
My 2 Cents

**WEATHER**
Interactive E
Street Level
Current Tem
Weather 10
Weather Co
Storm Track
Weather In-l

All content © Copyright 2000 - 2014, WorldNow and KWTV. All Rights

# Claremore Daily Progress

*January 3, 2014*

## Man killed by Mayes County deputy identified

*Mark Friedel*
**Staff Reporter**

CLAREMORE —

A Mayes County Sheriff's Office deputy shot and killed a man early Wednesday outside a home in Chelsea, according to an Oklahoma State Bureau of Investigation release.
The deputy was dispatched to the residence at about 1:30 a.m. in the 13000 block of South 425 Road near Chelsea. Shane Bridges, 33, was killed after he allegedly fired a gun at the deputy upon his arrival, according to the release.
Mayes County Sheriff Mike Reed requested OSBI investigate the deputy-involved shooting.
The deputy's name has not been released.
He has been placed on paid administrative leave, pending the outcome of the investigation.
Bridges had a history of Mayes County charges, including burglary and automobile theft, according to county court records.