# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 19, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Kyle Wilson
v. Janelle Bridges, Individually and as the Surviving Spouse of Shane Allen Bridges, Deceased, et al.
No. 17-1386
(Your No. 16-5177)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk



16-5177 Bridges, et al v. Wilson, et al "Supreme Court order denying certiorari " (4:15-CV-00126-GKF-PJC)
ca10_cmecf_notify    to: CM-ECFIntake_OKND                02/19/2019 03:24 PM

From: ca10_cmecf_notify@ca10.uscourts.gov
To: CM-ECFIntake_OKND@oknd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 02/19/2019 at 2:24:29 PM MST and filed on 02/19/2019

**Case Name:**     Bridges, et al v. Wilson, et al
**Case Number:**   16-5177
**Document(s):**   Document(s)

**Docket Text:**
[10627637] Supreme Court order dated 02/19/2019 denying certiorari filed by Kyle Wilson. [16-5177]

**Notice will be electronically mailed to:**

Mr. Stephen Leon Geries: slg@czwlaw.com, cla@czwlaw.com, ntc@czwlaw.com, jtj@czwlaw.com, czw@czwlaw.com
Mr. Jordan L. Miller: jlm@czwlaw.com, hgc@czwlaw.com
Mr. Thomas Mortensen: tmort70@hotmail.com
Mr. Joseph Norwood: joe@oklahomaadvocate.com


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Circ10_20190219_16-5177_17-1386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/19/2019] [FileNumber=10627637-0]
[8bcfb789ca5eb64a96468533e9cd6486fd6b65138dedc10b49ebded3869926906ff591fc365825f5
3907735acb2d466a05647453411bc98bedad6f43482af486]]