# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JANELLE BRIDGES, et a;.,

                     Plaintiffs,

vs.                                         Case Number: 15-CV-126-GKF-FHM

KYLE WILSON, et al.,

                     Defendants.

## THIRD AMENDED SCHEDULING ORDER

Having received notice that the Supreme Court has denied defendant Wilson's Petition for Writ of Certiorari, the court lifts the stay and enters the following pretrial schedule:

| # | Date | Event |
|---|------|-------|
| 1. | -- | INITIAL DISCLOSURE Under Federal Procedure 26(a)(1) (Not Filed of Record) |
| 2. | -- | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| 3. | -- | EXCHANGE OF PRELIMINARY WITNESS LISTS AND EXHIBITS (Not Filed of Record) |
| 4. | -- | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5. | -- | DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 6. | -- | DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date) |
| 7. | -- | **SETTLEMENT CONFERENCE REQUESTED AFTER** _____ |
| 8. | -- | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| 9. | 6-1-2019 | MOTIONS IN LIMINE (Attorney meeting to resolve issues required before filing) |
| 10. | -- | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 11. | -- | COUNTER-DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 12. | -- | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) |
| 13. | N/A | **HEARING ON DISPOSITIVE MOTIONS at** _____ |
| 14. | 6-17-2019 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) |
| 15. | 6-24-2019 | AGREED PROPOSED PRETRIAL ORDER - Including Final Witness & Exhibit Lists with Objections |
| 16. | 7-1-2019 | **PRETRIAL CONFERENCE at** 1:30 p.m. |
| 17. | 7-8-2019 | REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS |
| 18. | 7-15-2019 | **TRIAL DATE: [x] JURY at 9:30 a.m.** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 25th day of February, 2019.

_____
Gregory K. Frizzell
Chief District Judge