# NOTIFICATION OF EMPLOYMENT

Council on Law Enforcement Education and Training
2401 Egypt Road, Ada, Oklahoma 74820-0669   P: 405-239-5100   F: 405-239-5190

**DUE WITHIN 10 DAYS OF EMPLOYMENT**

COMPLETION OF ALL FIELDS IS REQUIRED

**COMPLETE ONE**

☒ **FULL-TIME OFFICER (Over 25 hours per week)**
- ☐ Not Certified – Needs Training
- ☒ Certified in Oklahoma   CLEET # ▓▓▓▓▓▓▓▓
- ☐ Certified in Another State – Requesting Reciprocity
- ☐ Requesting Collegiate Officer Program Certification

☐ **RESERVE OFFICER (140 hours or less per month)**
- ☐ Not Certified – Needs Training
- ☐ Certified in Oklahoma   CLEET # _____
- ☐ Certified in Another State – Requesting Reciprocity
- ☐ Requesting Collegiate Officer Program Certification

## AGENCY DATA
☐ Address Change   ☐ Department Head Change

- Name of Agency: MAYES COUNTY SHERIFF'S DEPT.
- Agency E-Mail: _____
- Address: 1 COURT PLACE SUITE 150
- City: PRYOR
- County: MAYES
- Department Head: MIKE REED
- Title: SHERIFF
- Telephone: (918) 825-3535

## EMPLOYEE DATA
- Last Name: WILSON   First Name: RICHARD   MI: K.   Sex: ☒M ☐F   DOB: ▓▓-75
- SSN: ▓▓▓-▓▓-333   Race: WHITE   Place of Birth: PRYOR OK
- Home Address: ▓▓▓▓▓▓▓▓   City: LANGLEY   Zip: OK   Home Phone: ▓▓▓▓
- Education: ☐GED ☐HS Diploma ☒College Degree   Major: CRIMINAL JUSTICE   ☐College (No degree) Number of Hours: ___

## EMPLOYMENT INFORMATION
- Commission Date: 5-13-13   Position: DEPUTY

### EMPLOYEE ATTESTATION:
- I am at least 21 years of age as of the date of certification as a peace officer;
- I am a U.S. Citizen or have resident alien status, pursuant to an employment eligibility verification form from the U.S. Citizenship and Immigration Services;
- I possess a high school diploma or a GED equivalency certificate (unless I was first employed as a peace officer prior to 11-1-85);
- I am not currently undergoing treatment for a mental illness, condition, or disorder;
- I have never been convicted of a felony, crime of moral turpitude, or crime of domestic violence in any state or federal court;
- I am not currently participating in a deferred sentence for a felony, crime of moral turpitude, or crime of domestic violence.

I certify the information provided is correct and accurate. I understand that any false statement may be a crime punishable by fine and or imprisonment. I hereby authorize the Council on Law Enforcement Education and Training or other authorized representatives of the Council bearing this form or a copy thereof, to release any information entered on this form to any law enforcement agency.

Original Signature of Employee: X /s/ Richard K. Wilson   Date: 5/15/13

### AGENCY ADMINISTRATOR ATTESTATION

- Have fingerprints been taken and sent to the OSBI for state and federal record checks **and** has report been received showing no record of conviction of, nor currently participating in a deferred sentence for a felony, crime involving moral turpitude, or a crime of domestic violence? (Required for ALL Applicants)   ☒Yes ☐No
- Has employee been psychologically evaluated by the Agency, using a psychological instrument approved by CLEET? (Required for NON-CERTIFIED Applicants Only)   ☐Yes  No
- Has the psychological instrument been evaluated by a psychologist licensed in the State of Oklahoma? (Required for NON-CERTIFIED Applicants Only)   ☐Yes ☐No
- Has the Agency provided a statement to the psychologist confirming the identity of the person taking the test as the person who is employed? (Required for NON-CERTIFIED Applicants Only)   ☐Yes ☐No
- Has the Agency provided a statement to the psychologist attesting that the agency administered the psychological instrument in accordance with the standards within test document? (Required for NON-CERTIFIED Applicants Only)   ☐Yes ☐No
- Has the psychologist reported to the Agency the evaluation of the assessment instrument? (Required for NON-CERTIFIED Applicants Only)   ☐Yes ☐No
- Do you, as the Agency Administrator, certify to the Council that the evaluation was conducted in accordance with the provisions of 70 O.S. § 3311? (Required for NON-CERTIFIED Applicants Only)   ☐Yes ☐No
- Do you, as the Agency Administrator, certify to the Council that the named employee/applicant is suitable to serve as a peace officer in the State of Oklahoma? (Required for ALL Applicants)   ☒Yes ☐No

If not already certified in the Oklahoma, this Officer will be enrolled in basic academy pursuant to statute, within the first six (6) months after assuming the duties of the office to which they are elected or appointed. I certify the information provided is correct and accurate. I understand that any false statement may be a crime punishable by fine and or imprisonment. I understand that CLEET will rely on my attestation.

Original Signature of Agency Administrator or Designee: X /s/ #905 / LIEUTENANT   Date: 5/15/13

Sworn and subscribed before me this 17 day of May, 2013.
/s/ Valerie Tay   My Commission # 03011341   Expires 8-11-15
Notary Public   (Seal)

Revised 08162012

000087

**EXHIBIT 2**