Sheriff Mike Reed
Mayes County Sheriff's Office
Atten: Rod Howell
via facsimile (918) 825-2059

RE: Officer Richard Wilson

Sheriff Reed:

After reviewing the preliminary report from OSBI dated January 7, 2014, which was submitted to my office for review, I have concluded, at this time, there will be no criminal charges filed against Deputy Richard Wilson for the shooting of Shane Bridges.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Janice Steidley

000211

EXHIBIT 9